USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: FEB 1 1 2019

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
JASON CAMACHO,
*and on behalf of all other persons similarly*
*situated,*

                Plaintiffs,

      -against-

MANHATTANVILLE COLLEGE,

              Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

          ORDER

     18 Civ. 10762 (GBD)

GEORGE B. DANIELS, United States District Judge:

      The Court having been advised that the parties have reached a settlement in principle, the

Clerk of the Court is hereby ORDERED to close the above-captioned action, without prejudice to

restoring the action to this Court's calendar if an application to restore is made within thirty (30)

days of this Order.

Dated: New York, New York
      February 8, 2019

SO ORDERED.

*George B. Daniels*

GEORGE B. DANIELS
United States District Judge