UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

JASON CAMACHO And On Behalf of All Other
Persons Similarly Situated,

                                 Plaintiffs,

-against-

MANHATTANVILLE COLLEGE
                                Defendant.
------------------------------------------------------------------X

Index No.:18-cv-10762

**Stipulation of Dismissal**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff(s), JASON CAMACHO, and Defendant, MANHATTANVILLE COLLEGE, in accordance with Rule 41(a)(1) of the Federal Rules of Civil Procedure, that the above entitled action be dismissed with prejudice and without fees and costs.

Dated: New York, New York
         March 12, 2019

**SEYFARTH SHAW LLP**

John W. Egan, Esq.
620 Eighth Avenue
New York, NY 10018
(212) 218-5291
Attorneys for Defendant

**GOTTLIEB & ASSOCIATES**

Jeffrey M. Gottlieb, Esq.
150 East 18th Street, Suite PHR
New York, NY 10003
(212) 228-9795
Attorneys for Plaintiffs

SO ORDERED:

George B. Daniels    MAR 1 3 2019
United States District Court Judge